IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY MADKINS, as guardian
ad litem for M.A., a minor,

        Plaintiff,                    No. CIV S-09-3461 EFB

   vs.

CITY OF STOCKTON; BLAIR          ORDER
ULRING; JOHN SNYDER; BEN
CROMWELL; ROBERT DU BOIS;
and DOES 1 through 20, inclusive,

        Defendants.
_____/

      On June 1, 2010, this action was reassigned to the undersigned based on the consent of the parties, and all hearing dates then set before the district judge were vacated. *See* E.D. Cal. L.R. 305; 28 U.S.C. § 636(c). Because this case has not yet been scheduled pursuant to Federal Rule of Civil Procedure 16(b), a status (pretrial scheduling) conference will be set before the undersigned.

      Accordingly, IT IS HEREBY ORDERED that:

      1. A Status (Pretrial Scheduling) Conference is set for July 14, 2010, at 10:00 a.m. in Courtroom No. 24 before the undersigned.

////

1

1    2.  Because the parties already submitted a joint status report in this action, Dckt. No. 13,
2 they are not required to file a further joint status report in advance of the conference.
3    3.  If one or more parties elects to file a further status report, however, the status report(s)
4 shall be filed at least fourteen days prior to the conference.
5 DATED:  June 2, 2010.

*[signature]*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE