1  JOHN LUEBBERKE, City Attorney
   State Bar No. 164893
2  SHELLEY L. GREEN, Assistant City Attorney
   State Bar No. 161521
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants
6

7

8              UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10 KIMBERLY MADKINS, as guardian )    CASE NO. 2:09-CV-3461-EFB
   Ad litem for M.A., a minor,  )
11                              )    **STIPULATION OF COUNSEL TO**
         Plaintiffs.           )    **EXTEND CASE DEADLINES AND**
12                              )    **DATES; ORDER THEREON**
      vs.                      )
13                              )
   CITY OF STOCKTON, a municipal )
14 corporation; BLAIR ULRING, in )
   his official capacity; Police )
15 Officers JOHN SYNDER, BEN    )
   CROMSELL, and ROBERT DUBOIS, )
16 In their individual and      )
   Official capacities; and Does )
17 1 through 20, inclusive,     )
                                )
18        Defendants.          )
   _____)
19

20      Due to the inability to complete discovery as a result of

21 heavy workloads and congested calendars, all parties are in

22 agreement to extending current case deadlines and dates to

23 adequately prosecute and defend this litigation.  Therefore,

24      **IT IS HEREBY STIPULATED** between the parties hereto, by and

25 through their respective counsel, that the current deadlines and

26 dates in this matter be extended as follows:

27      1.   Discovery Cutoff:          April 29, 2011

28      2.   Expert Disclosure:         May 27, 2011

                                 1
_____

3.   Dispositive Motions heard by: August 31, 2011

4.   Pretrial Conference:            October 2011

5.   Trial:                          November 2011

Dated:  November 29, 2010        LAW OFFICES OF JOHN L. BURRIS

By:  /s/ Steven R. Yourke_____
STEVEN R. YOURKE
Attorney at Law

Attorneys for Plaintiffs

Dated:  November 29, 2010        JOHM M. LUEBBERKE
CITY ATTORNEY

By:  /s/ Shelley L. Green____
SHELLEY L. GREEN
Assistant City Attorney

Attorney for Defendants

## ORDER

In light of the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the July 8, 2010 Status (Pretrial Scheduling) Order is modified as follows:[1]

1.   Motions to compel discovery must be heard not later than March 30, 2011.

2.   All discovery shall be completed by April 29, 2011.

3.   On or before May 27, 2011, the parties shall designate in writing and file with the court, and serve upon all other parties, the names of all experts they propose to tender at trial.

---

[1]  The good cause issue is not reached since the parties' request for modifications to the Status (Pretrial Scheduling) Order can be made without adversely affecting the Court's docket.

1     4.    All law and motion, except as to discovery, shall be

2 completed by August 31, 2011.

3     5.    The Final Pretrial Conference is re-scheduled to

4 commence at 9:00 a.m. on October 26, 2011 in Courtroom No. 24.

5     6.    The trial is re-scheduled to commence at 9:30 a.m. on

6 Tuesday, January 24, 2012, in Courtroom No. 24.

7 Dated:  December 8, 2010

8

9

EDMUND F. BRENNAN
10 UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3