JOHN LUEBBERKE, City Attorney
State Bar No. 164893
SHELLEY L. GREEN, Assistant City Attorney
State Bar No. 161521
425 N. El Dorado Street, Second Floor
Stockton, California 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY MADKINS, as guardian Ad litem for M.A., a minor,<br><br>　　　　Plaintiffs.<br><br>　v.<br><br>CITY OF STOCKTON, a municipal corporation; BLAIR ULRING, in his official capacity; Police Officers JOHN SYNDER, BEN CROMWELL, and ROBERT DUBOIS, In their individual and Official capacities; and Does 1 through 20, inclusive,<br><br>　　　　Defendants. | CASE NO. 2:09-CV-3461-EFB<br><br>STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES; ORDER THEREON |

The parties in this matter have diligently attempted to complete discovery by the deadline of April 28, 2011; however, have been unable to do so as a result of conflicting deadlines in other cases and availability issues of deponents. Since all depositions have yet to be completed, the parties are hesitant to make expenditures for possibly unnecessary experts at this time but are facing an expert discovery date of May 27, 2011. Trial is currently scheduled for January 24, 2012. The parties are requesting an extension of the discovery and expert disclosure dates in an attempt to further analyze the merits of the case.

1

---

STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES; ORDER THEREON

1   Additionally, the parties are requesting the Court set a
2 settlement conference with a magistrate some time after the close
3 of discovery.  The following are the suggested changes to the
4 calendar with the pretrial conference and trial date unchanged.
5   All parties agree the extension of these dates will allow
6 them to adequately prosecute and defend the case.  Therefore,
7   **IT IS HEREBY STIPULATED** between the parties hereto, by and
8 through their respective counsel that the current deadlines and
9 dates in this matter be extended as follows:
10   1.   Discovery Cutoff:   From April 28 to July 1, 2011
11   2.   Expert Disclosure:  From May 27 to August 15, 2011
12   3.   Dispositive Motions heard by: September 30, 2011
13   4.   Pretrial Conference:        October 26, 2011
14   5.   Trial:                      January 24, 2012

Dated:  April 26, 2011        LAW OFFICES OF JOHN L. BURRIS

                              By:  /s/ Steven R. Yourke_____
                                   STEVEN R. YOURKE
                                   Attorney at Law

                                   Attorneys for Plaintiffs

Dated:  April 26, 2011        JOHM M. LUEBBERKE
                              CITY ATTORNEY

                              By:  */s/ Shelley L. Green*____
                                   SHELLEY L. GREEN
                                   Assistant City Attorney

                                   Attorney for Defendants

STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES; ORDER THEREON

ORDER

In light of the foregoing stipulation of the parties, IT IS HEREBY ORDERED that the July 8, 2010 and Status (Pretrial Scheduling) Order and the December 8, 2010 order modifying that scheduling order are further modified as follows:[1]

1. Motions to compel discovery must be heard not later June 1, 2011.

2. All discovery shall be completed by July 1, 2011.

3. On or before August 15, 2011, the parties shall designate in writing and file with the court, and serve upon all other parties, the names of all experts they propose to tender at trial.

4. All law and motion, except as to discovery, shall be completed by September 28, 2011.

5. The October 26, 2011 final pretrial conference and the January 24, 2012 trial commencement date remain the same.

6. If the parties conclude that an early Settlement Conference would likely resolve the case, they may contact the clerk to request that one be scheduled.

Dated: April 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The good cause issue is not reached since the parties' request for modifications to the Status (Pretrial Scheduling) Order can be made without adversely affecting the Court's docket.

3

STIPULATION OF COUNSEL TO EXTEND CASE DEADLINES AND DATES; ORDER THEREON