IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KIMBERLY MADKINS, as guardian
ad litem for M.A., a minor,

      Plaintiff,                      No. CIV S-09-3461 EFB

      vs.

CITY OF STOCKTON, a municipal
corporation; BLAIR ULRING, in his
official capacity; Police Officers
JOHN SNYDER, BEN CROMWELL,
and ROBERT DU BOIS, in their
individual and official capacities, and
DOES 1 through 20, inclusive,

      Defendants.                    <u>ORDER TO SHOW CAUSE</u>
_____/

      This action was referred to the undersigned under Eastern District of California Local Rule 305 and 28 U.S.C. § 636(c), pursuant to the consent of the parties. Dckt. No. 17. On December 8, 2010, pursuant to the parties' request, the court continued the final pretrial conference in this action to October 26, 2011. Dckt. No. 21; *see also* Dckt. No. 23.

      This court's Rule 16 scheduling order provides that "[n]otwithstanding Local Rule 281, the parties shall submit a joint pretrial statement not later than fourteen (14) days prior to the pretrial conference. The joint pretrial statement shall conform with the requirements of Local Rule 281(b)." *See* Dckt. No. 19 at 5. Accordingly, a joint pretrial statement was due on October

1

1    12, 2011. However, the docket reveals that no such statement has been filed. Therefore, the
2    undersigned will continue the final pretrial conference and will order the parties to show cause
3    why they should not be sanctioned for failing to file a joint pretrial statement as ordered. *See*
4    E.D. Cal. L.R. 110 ("Failure of counsel or of a party to comply with these Rules or with any
5    order of the Court may be grounds for imposition by the Court of any and all sanctions
6    authorized by statute or Rule or within the inherent power of the Court."); *see also Ghazali v.*
7    *Moran*, 46 F.3d 52, 53 (9th Cir. 1995) ("Failure to follow a district court's local rules is a proper
8    ground for dismissal.").

9    Accordingly, IT IS HEREBY ORDERED that:

10   1. The final pretrial conference currently scheduled for October 26, 2011, is rescheduled
11   for November 30, 2011, at 10:00 a.m., in Courtroom No. 24.

12   2. The parties shall show cause, in writing, on or before November 16, 2011, why
13   sanctions should not be imposed for failure to file a joint pretrial statement in compliance with
14   the court's Rule 16 scheduling order.

15   3. Also by November 16, 2011, the parties shall file a joint pretrial statement in
16   conformance with Local Rule 281(b).

17   4. Failure of the parties to comply with this order may result in the imposition of
18   sanctions, including a recommendation that this action be dismissed for lack of prosecution
19   and/or for failure to comply with this court's orders and Local Rules. *See* Fed. R. Civ. P. 41(b).

20   5. In the interim, if the parties conclude that a settlement conference would likely resolve
21   the case, they may contact the clerk to request that one be scheduled.

22   SO ORDERED.
23   DATED: October 17, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2