1  JOHN M. LUEBBERKE, City Attorney
   State Bar No. 164893
2  NEAL C. LUTTERMAN, Deputy City Attorney
   State Bar No. 174681
3  425 N. El Dorado Street, Second Floor
   Stockton, California 95202
4  Telephone: (209) 937-8333
   Facsimile: (209) 937-8898
5
   Attorneys for Defendants
6  CITY OF STOCKTON, BLAIR ULRING,
   JOHN SNYDER, BEN CROMWELL, and
7  ROBERT DUBOIS

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10 KIMBERLY MADKINS, as            )   CASE NO. 2:09-CV-03461-EFB
   guardian ad litem for M.A.,    )
11 a minor,                        )   **STIPULATION TO DISMISS ACTION**
                                   )   **WITH PREJUDICE; ORDER THEREON**
12        Plaintiffs,              )   **[FRCP section 41(a) (1)]**
                                   )
13 vs.                             )
                                   )
14 CITY OF STOCKTON, a             )
   Municipal Corporation;          )
15 BLAIR ULRING, in His            )
   official capacity; Police       )
16 Officers JOHN SNYDER, BEN       )
   CROMWELL, and ROBERT            )
17 DU BOIS, In their               )
   Individual and Official         )
18 capacities, and DOES 1          )
   through 20, inclusive,          )
19                                 )
          Defendants.               )
20 _____ )

21      Pursuant to Federal Rules of Civil Procedure section

22 41(a)(1), the parties to the above-entitled action, through

23 ///

24 ///

25 ///

26 ///

27 ///

28

                                1
_____
              STIPULATION TO DISMISS ACTION WITH PREJUDICE; ORDER THEREON

designated counsel, stipulate to dismiss the entire action with prejudice against all parties, each side to bear their own costs.

Dated:                                LAW OFFICES OF JOHN L. BURRIS


                                      By *John L. Burris*_____
                                         JOHN L. BURRIS

                                      Attorneys for Plaintiff Kimberly Madkins, as guardian ad litem for M.A., a Minor

Dated:                                JOHN M. LUEBBERKE
                                      CITY ATTORNEY


                                      BY*/s/ Neal C. Lutterman*
                                         NEAL C. LUTTERMAN
                                         DEPUTY CITY ATTORNEY

                                      Attorneys for Defendants
                                      CITY OF STOCKTON, BLAIR ULRING, JOHN SNYDER, BEN CROMWELL, and ROBERT DUBOIS


**ORDER**

   IT IS HEREBY ORDERED that Defendants City of Stockton, Blair Ulring, John Snyder, Ben Cromwell, and Robert DuBois, are hereby dismissed with prejudice, all parties to bear their own costs and the Clerk is directed to close the case.

Dated:  April 10, 2012.

                                      _____
                                      EDMUND F. BRENNAN
                                      UNITED STATES MAGISTRATE JUDGE